IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN MARINKOVIC,<br>    Plaintiff, | ) ) ) | Civil Action No. 1:13-269 |
| v. | ) ) | District Judge J. Frederick Motz |
| HUGHES NET and GEORGE MAYSE,<br>    Defendant. | ) ) ) | Magistrate Judge Robert C. Mitchell |

## ORDER

J. FREDERICK MOTZ, District Judge.

Plaintiff, Melvin Marinkovic, commenced this action *pro se* on September 5, 2013. This case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

In a Report and Recommendation [ECF No. 8] filed on April 1, 2014, it was recommended that plaintiff's complaint be dismissed for failure to prosecute. Plaintiff was served with a copy of the Report and Recommendation and was granted until April 15, 2014 to file objections to the Report and Recommendation. No objections to the Report and Recommendation have been filed.

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this ____ day of _____, 2014,

IT IS HEREBY ORDERED that plaintiff's complaint is dismissed for failure to prosecute and the Clerk shall mark the case CLOSED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge

1

Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge